THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY ANN BAUER, | ) |
| Plaintiff, | ) |
| v. | ) Case no. 3:18-CV-01293 |
| MICHAEL S. FITZHUGH, | ) Judge Eli J. Richardson |
| BERNARD SALANDY, and | ) |
| RUTHERFORD COUNTY, TENNESSEE | ) Barbara D. Holmes, Magistrate Judge |
| Defendants. | ) Jury Demand |

## AFFIDAVIT OF E. EVAN COPE

I, E. Evan Cope, having been duly sworn, hereby make oath that the following facts are true and correct and based upon my personal knowledge:

1. I am an adult resident and citizen of Rutherford County, Tennessee. I am in all respects competent to give sworn testimony; and

2. The law firm of Hudson, Reed and McCreary, PLLC, has been retained to represent Defendants; and

3. We will need additional time to investigate the allegations asserted by Plaintiff, confer with our clients and prepare the appropriate responsive pleadings on their behalf; and

4. I have consulted with counsel for Plaintiff and he is not opposed to allowing Defendants until February 19, 2019 to file a response.

FURTHER AFFIANT SAYETH NOT.

_____
E. EVAN COPE

Sworn to and subscribed before me this 21st day of December, 2018.

NOTARY PUBLIC

My Commission Expires: 5/22/22

Respectfully submitted,

**Hudson, Reed & McCreary, PLLC**

By:/s/E. Evan Cope
E. Evan Cope, #21436
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
(615) 893-5522
ecope@mborolaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system:

Robert D. MacPherson, Esq.
MacPherson & Youmans, P.C.
119 Public Square
Lebanon, TN 37087
rdmacpherson@macyolaw.com

on this 21st day of December, 2018.

/s/ E. Evan Cope
E. Evan Cope