IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARY ANN BAUER | ) | |
| | ) | |
| v. | ) | NO. 3:18-1293 |
| | ) | Richardson/Holmes |
| MICHAEL S. FITZHUGH, | ) | |
| BERNARD SALANDY and | ) | |
| RUTHERFORD COUNTY, TENNESSEE | ) | |

**O R D E R**

Pending before the Court is Defendants' motion (Docket No. 11) for an extension of time to respond to the complaint, which is GRANTED as provided herein. Defendants shall answer or otherwise respond to the complaint by no later than **February 19, 2019**. The parties are reminded that the initial case management conference set for February 20, 2019, at 11:00 a.m., will proceed as scheduled, unless otherwise ordered. Further, Defendants are put on notice that the extended time to respond to the complaint does not impact the obligation of their counsel to participate in preparation of a joint proposed initial case management order, which must be filed (and a Word version emailed to Ms. Cox) by no later than **February 14, 2019**.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge