THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY ANN BAUER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case no. 3:18-CV-01293 |
| | ) |
| MICHAEL S. FITZHUGH, | ) Judge Eli J. Richardson |
| BERNARD SALANDY, and | ) |
| RUTHERFORD COUNTY, TENNESSEE | ) Barbara D. Holmes, Magistrate Judge |
| | ) |
| Defendants. | ) Jury Demand |
| | ) |

## DEFENDANTS' MOTION TO DISMISS

Come now your Defendants who respectfully move this Honorable Court to dismiss all claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, the Defendants rely upon their contemporaneously filed Memorandum of Law in Support of Defendants' Motion to Dismiss.

As discussed fully in the accompanying memorandum the grounds for granting their motion include: Plaintiff fails to meet the Constitutionally minimum requirements for standing; the Plaintiff has failed to plead sufficient factual allegations to survive a motion to dismiss; the Plaintiff has not sufficiently plead claims against Bernard Salandy in his individual capacity; the Plaintiff has not sufficient plead claims against Rutherford County and Sheriff Fitzhugh; the Plaintiff has failed to plead sufficient factual allegations that the Defendants were deliberately indifferent to the alleged mental state of the

deceased; and, the Plaintiff has failed to sufficiently plead her pendent state law claim for negligence under the Tennessee Government Tort Liability Act.

Respectfully submitted,

**Hudson, Reed & McCreary, PLLC**


By:/s/E. Evan Cope
    E. Evan Cope, #21436
    Josh A. McCreary, #19498
    16 Public Square North
    Murfreesboro, TN 37130
    (615) 893-5522
    ecope@mborolaw.com
    jmccreary@mborolaw.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system:

Robert D. MacPherson, Esq.
MacPherson & Youmans, P.C.
119 Public Square
Lebanon, TN 37087
rdmacpherson@macyolaw.com

on this 19th day of February, 2019.

/s/ E. Evan Cope
E. Evan Cope

2