IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY ANN BAUER ) | |
| ) | |
| v. ) | NO. 3:18-1293 |
| ) | Richardson/Holmes |
| MICHAEL S. FITZHUGH, et al ) | |

**O R D E R**

  Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on February 19, 2019, Defendants filed a motion to dismiss with supporting memorandum (Docket Nos. 15, 16). Any response by Plaintiff shall be filed pursuant to Rule 12, Fed. R. Civ. P., and Local Rule 7.01(b). An optional reply may be filed within seven (7) days of the filing of the response, and shall not exceed five (5) pages.

  The Clerk of Court shall forward this motion and any responsive filings for the District Judge's consideration. All previously imposed deadlines remain in effect absent further order of the Court.

  It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge