ROGER W. HUDSON
JEFFREY L. REED
JOSH A. MCCREARY
E. EVAN COPE
NICHOLAS C. CHRISTIANSEN



**HUDSON, REED & MCCREARY, PLLC**
ATTORNEYS AT LAW

16 PUBLIC SQUARE NORTH
P.O.BOX 884 (37133-0884)
MURFREESBORO, TN 37130
PHONE: (615) 893-5522
FAX: (615) 849-2135
WWW.MBOROLAW.COM

February 27, 2019

Mayor Bill Ketron

County Commissioners          **VIA EMAIL**

    Re:     Withdrawal from Cases

Dear Mayor and County Commissioners:

    Per my discussion with several of you, my email to all of you, and my resignation letter dated February 25, 2019, I will be resigning as County Attorney effective April 1, 2019. Consistent with that, I will be withdrawing from the various federal lawsuits involving Rutherford County. Another lawyer in my office will continue on each of these. I am obligated to give you notice of my withdrawal and so I do so now. The cases I will be withdrawing from are these:

1. *Mary Ann Bauer v. Michael S. Fitzhugh, et al*
   U.S. District Court for Middle District of TN Case No. 3:18-CV-1293

2. *James Swain Rieves, et al v. Town of Smyrna, Tennessee, Police Chief Kevin Arnold, in his official and individual capacity, Rutherford County, Tennessee, District Attorney Jennings Jones, in his official and     Individual capacity, Assistant District Attorney John Zimmermann, in his official and individual capacity and Sheriff Mike Fitzhugh, in his     official and individual capacity*
   U.S. District Court Case No. 3:18-cv-00965

3. *Doe-Frazier v. Rutherford County*
   U.S. District Court Case No. 3:16-cv-0799

    Under Rule 83.01(g) of the local rules in federal court, I am required to give you 14 days notice before I file my motion to withdraw. This is that notice.

    Please let me know if you have questions.

                                                               Sincerely,

                                                              Josh A. McCreary

JAM:sh