IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY ANN BAUER )
)
v. ) NO. 3:18-1293
) Richardson/Holmes
MICHAEL S. FITZHUGH; )
BERNARD SALANDY; and )
RUTHERFORD COUNTY, TENNESSEE )

**O R D E R**

Pending before the Court is the motion to withdraw filed by Josh McCreary (Docket No. 20), which is GRANTED.[1] Edward Evan Cope remains as counsel for Defendants in this case.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Mr. McCreary's motion indicates that he is leaving private practice to take a position as in-house counsel. The Court extends its best wishes to Mr. McCreary in his new endeavor.