IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARY ANN BAUER**, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case Number 3:18-cv-1293 |
| | ) | |
| v. | ) | Judge Richardson |
| | ) | |
| **MICHAEL S. FITZHUGH**, | ) | Magistrate Judge Holmes |
| **BERNARD SALANDY**, and | ) | |
| **RUTHERFORD COUNTY, TENNESSEE**, | ) | **JURY DEMAND** |
| | ) | |
| *Defendants*. | ) | |

# JOINT CASE RESOLUTION STATUS REPORT

The parties, by their respective undersigned counsel, report jointly on status of case resolution as follows:

1. Administrative difficulties in the office of plaintiff's counsel have delayed the scheduling of the first in-person meeting to discuss settlement until the next business day after the filing of this report: **Monday**, **June 17, 2019**.

2. The parties thereafter will immediately file a supplemental report reflecting that they have made a first good-faith attempt to resolve the case and, if the case has not resolved, whether the parties believe ADR might assist in resolution of this case.

Respectfully submitted:

| **MacPherson & Youmans** | **Hudson, Reed & McCreary PLLC** |
|---|---|
| by  s/ Robert D. MacPherson  | by  s/ E. Evan Cope  |
| Robert D. MacPherson, BPR #022516 | E. Evan Cope |
| MacPherson & Youmans | Nicholas Clinton Christiansen |
| 119 Public Square | Hudson, Reed & McCreary, PLLC |
| Lebanon, Tennessee 37087 | 16 Public Square North |
| Telephone: (615) 444-2300 | Post Office Box 884 |
| email: *rdmacpherson@macyolaw.com* | Murfreesboro, Tennessee 37133 |
| Attorney for the plaintiff | email: *ecope@mborolaw.com* |
| | email: *nchristiansen@mborolaw.com* |
| | Attorneys for the defendant |

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 14th day of June, 2019, service of a copy hereof was made upon Filing Users through the Electronic Filing System. The specific persons upon whom service is made are **E. Evan Cope** and **Nicholas Clinton Christiansen**, Hudson, Reed & McCreary, PLLC, 16 Public Square North, Post Office Box 884, Murfreesboro, Tennessee 37133, attorneys for the defendants.

                                                by  s/ Robert D. MacPherson  
                                                Robert D. MacPherson