IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARY ANN BAUER**, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case Number 3:18-cv-1293 |
| | ) | |
| v. | ) | Judge Richardson |
| | ) | |
| **MICHAEL S. FITZHUGH**, | ) | Magistrate Judge Holmes |
| **BERNARD SALANDY**, and | ) | |
| **RUTHERFORD COUNTY, TENNESSEE**, | ) | **JURY DEMAND** |
| | ) | |
| *Defendants*. | ) | |

## SUPPLEMENTAL JOINT CASE RESOLUTION STATUS REPORT

The parties, by their respective undersigned counsel, report jointly on status of case resolution as follows:

1. On Thursday, June 20, 2019, the parties engaged in an in-person meeting at the offices of defense counsel to discuss settlement.

2. At this meeting the parties engaged initially in a good-faith exchange of minimum settlement positions, which were deemed too far opposed to create an opportunity for case resolution at this stage of the litigation.

3. The parties agreed that after completion of discovery alternate dispute resolution in the form of third-party mediation may be worthwhile.

– 1 –

Respectfully submitted:

| **MacPherson & Youmans** | **Hudson, Reed & McCreary PLLC** |
|---|---|
| by  s/ Robert D. MacPherson | by  s/ E. Evan Cope |
| Robert D. MacPherson, BPR #022516 | E. Evan Cope |
| MacPherson & Youmans | Nicholas Clinton Christiansen |
| 119 Public Square | Hudson, Reed & McCreary, PLLC |
| Lebanon, Tennessee 37087 | 16 Public Square North |
| Telephone: (615) 444-2300 | Post Office Box 884 |
| email: *rdmacpherson@macyolaw.com* | Murfreesboro, Tennessee 37133 |
| Attorney for the plaintiff | email: *ecope@mborolaw.com* |
| | email: *nchristiansen@mborolaw.com* |
| | Attorneys for the defendant |

### CERTIFICATE OF SERVICE

I hereby certify that, on the 24th day of June, 2019, service of a copy hereof was made upon Filing Users through the Electronic Filing System. The specific persons upon whom service is made are **E. Evan Cope**, **Nicholas Clinton Christiansen**, and **Daniel W. Ames**, Hudson, Reed & McCreary, PLLC, 16 Public Square North, Post Office Box 884, Murfreesboro, Tennessee 37133, attorneys for the defendants.

by  s/ Robert D. MacPherson
Robert D. MacPherson

– 2 –

Case 3:18-cv-01293   Document 28   Filed 06/24/19   Page 2 of 2 PageID #: 97