IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY ANN BAUER )
)
v. ) NO. 3:18-1293
) Richardson/Holmes
MICHAEL S. FITZHUGH, et al )

**O R D E R**

A telephonic status/case management conference was held on August 14, 2019. Counsel participating were: Robert MacPherson for Plaintiff and Evan Cope for Defendants. From statements of counsel, it appears that Plaintiff owes outstanding discovery responses to Defendants, which Plaintiff's counsel indicated could be completed by August 23, 2019. By no later than **August 23, 2019**, Plaintiff shall provide complete responses to all outstanding discovery.

All other case management deadlines and provisions found in prior orders remain in effect. No other case management conference is currently scheduled, but any party may request or the Court may set a status or case management conference as needed.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge