# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARY ANN BAUER**, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case Number 3:18-cv-1293 |
| | ) | |
| v. | ) | Judge Richardson |
| | ) | |
| **MICHAEL S. FITZHUGH**, | ) | Magistrate Judge Holmes |
| **BERNARD SALANDY**, and | ) | |
| **RUTHERFORD COUNTY, TENNESSEE**, | ) | **JURY DEMAND** |
| | ) | |
| *Defendants*. | ) | |

_____

### JOINT MOTION TO EXTEND DEADLINE FOR FACT-WITNESS DEPOSITIONS
_____

The parties, by their respective undersigned counsel, jointly move for a 31-day extension

of the deadline for fact-witness depositions from October 29, 2019, to **November 29, 2019**, on

ground that there are not less than eight fact-witness depositions to be taken, and the calendars

and commitments of the undersigned do not reasonably allow for sufficient time within which to

schedule these depositions during the month of October.

Respectfully submitted:

**MACPHERSON & YOUMANS**

by____s/ Robert D. MacPherson_____
Robert D. MacPherson, BPR #022516
MacPherson & Youmans
107 S. Greenwood, Suite B
Lebanon, Tennessee 37087
Telephone: (615) 444-2300
email: *rdmacpherson@macyolaw.com*
Attorney for the plaintiff

**HUDSON, REED & MCCREARY PLLC**

by_____s/ E. Evan Cope_____
E. Evan Cope
Nicholas Clinton Christiansen
Hudson, Reed & McCreary, PLLC
16 Public Square North
Post Office Box 884
Murfreesboro, Tennessee 37133
email: *ecope@mborolaw.com*
email: *nchristiansen@mborolaw.com*
Attorneys for the defendant

– 1 –

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 3rd day of October,, 2019, service of a copy hereof was made upon Filing Users through the Electronic Filing System. The specific persons upon whom service is made are **E. Evan Cope** and **Nicholas Clinton Christiansen**, Hudson, Reed & McCreary, PLLC, 16 Public Square North, Post Office Box 884, Murfreesboro, Tennessee 37133, attorneys for the defendants.

by     s/ Robert D. MacPherson
Robert D. MacPherson