IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY ANN BAUER )
)
v. ) NO. 3:18-1293
) Richardson/Holmes
MICHAEL S. FITZHUGH, et al )

**O R D E R**

Pending before the Court is the parties' joint motion to extend the deadline for fact witness depositions (Docket No. 32), which is GRANTED.[1] The deadline for completion of fact witness depositions only is extended to **November 29, 2019**.

All other case management deadlines and provisions found in prior orders and not modified herein remain in effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] In granting the parties' motion, the Court notes that it does not fully contain the information required for a motion to modify a case management deadline or provision. *See* Initial Case Management Order, Docket No. 18 at ¶ M. The parties should not presume that the Court will excuse noncompliance in any future motions to modify.