Motion, DE34, is GRANTED.
/s/ Barbara D. Holmes

# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARY ANN BAUER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no. 3:18-CV-01293 |
| ) | |
| MICHAEL S. FITZHUGH, ) | Judge Eli J. Richardson |
| BERNARD SALANDY, and ) | |
| RUTHERFORD COUNTY, TENNESSEE ) | Barbara D. Holmes, Magistrate Judge |
| ) | |
| Defendants. ) | Jury Demand |
| ) | |

## UNOPPOSED MOTION TO WITHDRAW

Comes now co-counsel for Defendants, E. Evan Cope, and respectfully moves for leave to withdraw as co-counsel for Defendants. Defendants will continue to be represented by the county attorney, Nicholas Christiansen, and his co-counsel, Daniel Ames. Opposing counsel was consulted and has no objection to this Motion.

Respectfully submitted,

By: /s/ E. Evan Cope
    E. Evan Cope, #21436
    16 Public Square North
    Murfreesboro, TN 37130
    (615) 893-5522
    ecope@mborolaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the District Court's electronic filing system:

Robert D. MacPherson, Esq.
MacPherson & Youmans, P.C.
119 Public Square
Lebanon, TN 37087
rdmacpherson@macyolaw.com

on this 15th day of October, 2019.

/s/ E. Evan Cope
E. Evan Cope