IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY ANN BAUER )
)
v. ) NO. 3:18-1293
) Richardson/Holmes
MICHAEL S. FITZHUGH, et al )

**O R D E R**

By order entered on December 30, 2019 (Docket Entry No. 39), Judge Richardson continued the trial date in this case, to be reset following recommendation of a new target trial date, and also referred the parties' request to modify the case management schedule for further disposition by the undersigned. Accordingly, it is hereby ORDERED that counsel shall appear for a subsequent case management conference on **February 10, 2020, at 3:30 p.m.** At least three days prior to February 10, counsel shall submit a joint proposed case management order setting out their proposals for the further scheduling of this case, including a new target trial date.[1] Counsel shall also email a copy in Word format to Jeanne_W_Cox@tnmd.uscourts.gov.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Counsel are advised that given the length of time this case has been pending and the case preparation that should already have occurred, the proposed target trial date should be as early as possible and that a good cause explanation will be expected for any requested lengthy extension of the case management deadlines or target trial date.