# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARY ANN BAUER, | ) |
| Plaintiff, | ) |
| v. | ) Case no. 3:18-CV-01293 |
| MICHAEL S. FITZHUGH, | ) Judge Eli J. Richardson |
| BERNARD SALANDY, and | ) |
| RUTHERFORD COUNTY, TENNESSEE | ) Barbara D. Holmes, Magistrate Judge |
| Defendants. | ) Jury Demand |

## JOINT MOTION FOR ENTRY OF AGREED ORDER FOR THE RELEASE OF MEDICAL AND MENTAL HEALTH RECORDS

Comes now the parties, by and through counsel, and hereby move this court to enter the proposed Agreed Order Allowing Inspection and Copying of Medical and Mental Health Records of Joseph Allen Bauer attached hereto as **Exhibit 1**. In support of their motion, the parties state as follows:

The attorneys for Defendants need to gather decedent Joseph Allen Bauer's medical and mental health records in connection with their defense of this case. Although such records could be gathered with the use of subpoenas, they can be gathered more efficiently and cost effectively with the use of an agreed order. Based on the foregoing, the parties respectfully move this court to enter the proposed order attached hereto as Exhibit 1.

Respectfully submitted,

**MACPHERSON & YOUMANS**

**By:** \_\_s/ Robert D. MacPherson_____
 **Robert D. MacPherson, # 022516**
 119 Public Square
 Lebanon, Tennessee 37087
 (615) 444-2300
 rdmacpherson@macyolaw.com

**HUDSON, REED & CHRISTIANSEN, PLLC**

**By:** \_\_s/ D. Randall Mantooth_____
 **Nicholas C. Christiansen, #30103**
 **D. Randall Mantooth, #13875**
 16 Public Square North
 Murfreesboro, TN 37130
 (615) 893-5522
 nchristiansen@mborolaw.com
 rmantooth@mborolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Joint Motion for Entry of Agreed Order for the Release of Medical and Mental Health Records has been forwarded by electronic means via the court's electronic filing system to:

Robert D. MacPherson, Esq.
MacPherson & Youmans, P.C.
119 Public Square
Lebanon, TN 37087
rdmacpherson@macyolaw.com

on this 10th day of January, 2020.

By: s/D. Randall Mantooth
 D. Randall Mantooth

2