IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY ANN BAUER | ) |
| | ) |
| v. | ) NO. 3:18-1293 |
| | ) Richardson/Holmes |
| MICHAEL S. FITZHUGH, et al | ) |

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on March 27, 2020, Defendants filed a motion for partial judgment on the pleadings with supporting memorandum (Docket Nos. 50-51). Plaintiff must file a response as provided for in Local Rule 7.01(a)(3). An optional reply may be filed as provided for in Local Rule 7.01(a)(4).[1]

The Clerk of Court shall forward this motion and any responsive filings for the District Judge's consideration. All previously imposed deadlines remain in effect absent further order of the Court.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Although a different briefing schedule for dispositive motions is provided for in the supplemental case management order entered on February 25, 2020 (Docket Entry No. 48), that schedule was intended for motions for summary judgment. Further, because that order sets dates certain for briefing deadlines based on an anticipated filing date of November 20, 2020 for dispositive motions, the order also allows for a modified briefing schedule for earlier filed dispositive motions. (*Id*. at ¶ 6.) Given that the instant motion is one based on the pleadings and does not require preparation of supporting affidavits or a statement of disputed facts, the Court finds the ordinary briefing schedule for motions in Local Rule 7.01 is sufficient.