IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARY ANN BAUER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:18-cv-01293 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| MICHAEL S. FITZHUGH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendants' Motion for Partial Judgment on the Pleadings (Doc. No. 50, "Motion"). Plaintiff filed a Response opposing the Motion (Doc. No. 53). Defendants replied, (Doc. No. 55), and the Motion is ripe for review. For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion is **GRANTED**. Plaintiff's state law claims recited in Count II of the Amended Complaint will be **DISMISSED** with prejudice. Additionally, the claim in Count I against Defendant Fitzhugh is **DISMISSED**, and he is dismissed as a party to this action. Count I will remain pending against the other two Defendants.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE