IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARY ANN BAUER | ) | |
| | ) | |
| v. | ) | NO. 3:18-1293 |
| | ) | Richardson/Holmes |
| BERNARD SALANDY, and RUTHERFORD | ) | |
| COUNTY, TENNESSEE | ) | |

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on November 19, 2020, Defendants filed a motion for summary judgment, memorandum in support, and statement of facts (Docket Nos. 66-68). The deadlines for responsive filings are provided for in prior orders of the Court. *See* Docket Entry No.48.

The Clerk of Court shall forward this motion and any responsive filings for the District Judge's consideration. All previously imposed deadlines remain in effect absent further order of the Court.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge