IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARY ANN BAUER,             )

      )

      Plaintiff,         )

      )     NO. 3:18-cv-01293

v.                   )     JUDGE RICHARDSON

      )

MICHAEL S. FITZHUGH, et al.,   )

      )

      Defendants.     )

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Doc. No. 66). For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion is **GRANTED**, and Plaintiff's claims are **DISMISSED**.

The Clerk is directed to close the file. This Order constitutes a final judgment in accordance with Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE